IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LANIE HOLLOWAY,

    Plaintiff,

    v.

LEASE PLAN U.S.A., INC., DAVID
DAHM, individually, and JOE
FEDERER, individually,

    Defendants.

CIVIL ACTION FILE

NO. 1:06-CV-112-JEC-GGB

## **ORDER**

A review of the docket and file in this action reveals that the parties have not filed a Certificate of Interested Persons as is required by Local Rule 3.3, N.D.Ga. Accordingly, the parties are hereby **ORDERED** to file a Certificate of Interested Persons within 10 days of receiving this order.  Failure to file a Certificate of Interested Persons within this time period may result in a recommendation that sanctions be imposed, including dismissal of the case or entry of a default judgment.  See Local Rules 16.5 and 41.3, N.D.Ga.; Fed.R.Civ.P. 41(b).

The Clerk of the Court is **DIRECTED** to resubmit this action to the undersigned Magistrate Judge upon expiration of the above-allotted time period if the parties have not filed the noted document.

IT IS SO ORDERED, this 24th day of March, 2006.


                    /s/ Gerrilyn G. Brill
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE